**E-FILED**
Tuesday, 05 January, 2016  10:22:04 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

Antonio T Russell

921 W Aberdeen RD

Peoria, IL 61615                    )
(Name of the plaintiff or plaintiffs)

v.

Mac Donald Shell

710 W Detweiler

Peoria, IL 61615
(Name of the defendant or defendants)

CIVIL ACTION

NO. 16-1004

FILED

JAN 0 5 2016

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. Plaintiff ☑ DOES ☐ DOES NOT demand a jury trial.

### I. PARTIES

2. The plaintiff is Antonio T Russell,

whose street address is 921 W Aberdeen RD,

(city) Peoria (state) IL (ZIP) 61615

(Plaintiff's telephone number) (309)-981-0239

3. The defendant is Mac Donald Shell, whose

street address is 710 W Detweiler,

(city) Peoria (state) IL (ZIP) 61615

(Defendant's telephone number) (309)-691-0087

4. The alleged discrimination occurred at Shell Gas Station

(city) Peoria (state) IL (ZIP) 61615

5. The plaintiff [*check one box*]

   (a) ☐     was denied employment by the defendant.

   (b) ☐     was hired and is still employed by the defendant.

   (c) ☑     was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month)___08___, (day)_22_, (year)_2015_.

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

   ☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

   ☐ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   ☐ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The
        Rehabilitation Act, 29 U.S.C. § 701)

   ☐ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   ☑ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   ☐ Race (42 U.S.C. § 1981)

   ☐ Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   ☑ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   ☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

   ☐ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

   ☐ Other (list): _____

8. Plaintiff ☑ HAS ☐ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☑ HAS ☐ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

2

10. Plaintiff ☑ HAS ☐ HAS NOT received a Right to Sue Notice.  If yes, Plaintiff's Right to Sue Notice was received on or about (date) _12/7/2015_ .

**[Attach copy of Notice of Right to Sue to this complaint.]**

### III.  FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

(a) ☐     by failing to hire the plaintiff.

(b) ☐     by terminating the plaintiff's employment.

(c) ☐     by failing to promote the plaintiff.

(d) ☑     by failing to stop harassment;

(e) ☐     by failing to reasonably accommodate the plaintiff's disabilities.

(f) ☐     by failing to reasonably accommodate the plaintiff's religion.

(g) ☑     by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

(h) ☐     by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

(i) ☐     with respect to the compensation, terms, conditions, or privileges of employment;

(j) ☑     other (specify): _By having me arrested and not Barbra Price, for tresspassing after several reports - all in retaliation and company did everything to protect her and everything to harm me._

3

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

Both Babra Price and Deborah Price worked for Shell and in 2014 Debbie Price (used a racial slur) and I reported Debbie to the Vice president. In retaliation, her daugher Babra Price began to harass me at the Detweiler store and as an employee she did.. I reported her to Jeff MacDonald and he did nothing until I reported her for Stealing and then he told her not to return. He never enforced it and on Aug 22nd 2015 she returned Started a small confertation and I was arrested and not her.

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐     Direct the defendant to hire the plaintiff.

(b) ☐     Direct the defendant to re-employ the plaintiff.

(c) ☐     Direct the defendant to promote the plaintiff.

(d) ☐     Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐     Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒     Direct the defendant to (specify): _____

4

Pay for all damages and maximum penalty for compensation for violating title VII & Discrimination & Retaliation. *credit damage * Pain & Suffering * Lost of Income * Harassment

* management ordered HR training under MacDonald Shell

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

_(Plaintiff's signature)_

Antonio Russell
_(Plaintiff's name)_

921 W Aberdeen RD

Peoria, IL 61615
_(Plaintiff's street address)_

(City) Peoria   (State) IL   (ZIP) 61615

(Plaintiff's telephone number) (309) - 981-0239

Date: 1/4/2016

5

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Antonio Russell<br>921 W. Aberdeen Road<br>Peoria, IL 61615 | From: Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2015-07093 | Sergio Maldonado,<br>Investigator Support Assistant | (312) 869-8129 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____
Julianne Bowman,
District Director

12/7/15
(Date Mailed)

Enclosures(s)

cc: **MCDONALD SHELL**
c/o Chief Executive Officer
710 West Detweiller Drive
Peoria, IL 61615